**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 21301 |
| Ramondo Jones, ) | HON.  Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

TO:   M O Marshall, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via electronic court notification;

Santander Consumer USA Inc., as servicing agent for CPPIB Credit Investments VIII Inc. c/o Cari A Kauffman, Sorman & Frankel, Ltd., 180 North LaSalle Street, Suite 2700 Chicago, IL 60601;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

See attached service list.

Please take notice that on March 8, 2021, at 9:00 a.m. I shall appear before the Honorable Judge Jacqueline P. Cox or any judge sitting in her place, and present the motion to vacate order denying motion to extend automatic stay, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, (1) use this link: https://www.zoomgov.com /. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

**To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646- 828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is

timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ *Steve Miljus*
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625
smiljus@semradlaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of this notice and the attached motion, on each entity shown on the attached list at the address shown and by the method indicated on the list on February 26, 2021, via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-21301<br>Northern District of Illinois<br>Eastern Division<br>Thu Feb 25 13:43:38 CST 2021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Americas Financial Choice<br>77 W Washington # 400<br>C/O Pekay & Blitstein Pc<br>Chicago, IL 60602-3323 |
| City Of Chicago Department Of Finance C/O Ar<br>111 W Jackson<br>Ste 600<br>Chicago, IL 60604-3517 | City of Chicago Department of Finance<br>Chicago Dept. of Law Bankruptcy<br>121 N Lasalle St. Suite 400<br>Chicago IL. 60602-1264 | Cks Financial<br>505 Independence Pkwy St<br>Chesapeake, VA 23320-5178 |
| Coleman, Crystal<br>5104 N Kenmore<br>Chicago, IL 60640-3110 | Gateway 1<br>3818 E Coronado<br>Anaheim, CA 92807-1620 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Illinois Department Of Human & Family Servic<br>509 S. 6th St<br>Springfield, IL 62701-1809 | Jd Receivables Llc<br>P.O. Box 382656<br>Germantown, TN 38183-2656 | Santander Consumer USA, Inc<br>as servicing agent for CPPIB<br>Credit Investments VIII Inc<br>P.O. BOX 961245<br>FORT WORTH, TX 76161-0244 |
| Santander Consumer USA, Inc. as servicing ag<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | Webcollex LLC D/B/A CKS Financial<br>PO Box 2856<br>Chesapeake, VA 23327-2856 | Elliott Wall<br>The Semrad Law Firm<br>20 S. Clark Street 28th fl<br>Chicago, IL 60603-1811 |
| (p)M O MARSHALL CHAPTER 13 TRUSTEE<br>55 EAST MONROE SUITE 3850<br>CHICAGO IL 60603-5764 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Ramondo Jones<br>5104 N Kenmore Ave<br>Apt 2S<br>Chicago, IL 60640-3110 |
| Steve Miljus<br>The Semrad Law Firm, LLC<br>20 S Clark, 28th<br>Chicago, IL 60603 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

M.O. Marshall
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Santander Consumer USA Inc., as servicing

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 21301 |
| Ramondo Jones, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO VACATE ORDER DENYING MOTION TO EXTEND AUTOMATIC STAY

The Debtor, Ramondo Jones, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and hereby moves this Honorable Court to vacate the Order entered on February 1, 2021, docket entry number 23, and states the following:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

2. On December 10, 2020, Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

3. That this Honorable Court has not yet confirmed Debtor's Chapter 13 Plan of Reorganization.

4. The motion was denied for failure to tender payment and the debtor cured the default.

5. The Debtor has filed the instant case in good faith and is in a position to proceed with the Chapter 13 plan of reorganization.

6. Debtor respectfully requests this Honorable Court to vacate the Order Denying Motion to Extend Automatic Stay at docket entry number 23.

7. That the foregoing constitutes sufficient grounds for this Court to enter an Order Vacating the Order Denying Motion to Extend Automatic Stay entered on February 1, 2021, at docket entry number 23.

Ramondo Jones, Debtor, respectfully requests this Honorable Court enter an Order vacating the Order Denying Motion to Extend Automatic Stay, and for such other and further relief as this Court deems fair and just.

Respectfully submitted,

/s/ *Steve Miljus*
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625
smiljus@semradlaw.com